Judge Richard A. Jones
Chief Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VASILIY YEVSEYEV,<br>A 71-381-686,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM BARR, Attorney General; KEVIN MCALEENAN, acting Secretary of Homeland Security; NATHALIE ASHER, Seattle Field Office Director, U.S. Immigration and Customs Enforcement; WARDEN of Immigration Detention Facility; and the U.S. Immigration and Customs Enforcement,<br><br>Respondents. | NO. C19-1370-RAJ-BAT<br><br>STIPULATED DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS UNDER RED. R. CIV. P. 41(a)(1)(A)(ii) |

Petitioner Vasiliy Yevseyev and Federal Respondents stipulate to the dismissal of this Petition for Writ of Habeas Corpus under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See also* Fed. R. Civ. P. 81(a)(4). ICE released Petitioner on an Order of Supervision on October 3, 2019, which rendered the Petition moot.

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Vasiliy Yevseyev;* No. C19-1370-RAJ-BAT) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

DATED this 4th day of October, 2019.

Respectfully submitted,

BRIAN MORAN
United States Attorney

s/ *Michelle R. Lambert*
Michelle R. Lambert, NYS # 4666657
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
E-mail: michelle.lambert@usdoj.gov

*Attorneys for Respondents*

s/ *Gregory Murphy*
Gregory Murphy, WSBA No. 36733
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Phone: 206-553-1100
E-mail: gregory_murphy@fd.org

*Attorney for Petitioner*

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Vasiliy Yevseyev;* No. C19-1370-RAJ-BAT) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

[~~PROPOSED~~] ORDER

It is hereby ORDERED that this case is dismissed with prejudice and without an award of fees and costs to either party.

Dated this 8th day of October, 2019.

_____
~~RICHARD A. JONES~~ BRIAN TSUCHIDA
UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

Per Parties' Consent

~~Recommended for entry this ____ day of October, 201~~9.

_____
~~BRIAN A. TSUCHIDA~~
CHIEF UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Vasiliy Yevseyev

/s/ *Michelle R. Lambert*
Assistant United States Attorney
Attorney for Respondents

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Vasiliy Yevseyev;* No. C19-1370-RAJ-BAT) - 3

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**